**In re:**

**ROBERT LOUIS MUSZYNSKI RODRIGUEZ**    Case No.  **11-08585-ESL**

Chapter 13    Attorney Name:    **ROBERTO FIGUEROA CARRASQUILLO**

## I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[ ] Substitute

**Date & Time:**    11/4/2011  1:21:00PM

[X] R    [ ] NR    LV:  0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Money Express-Mariestella Sanchez Esq

## II. Oath Administered

[X] Yes    [ ] No

## III. Plan

Date:  10/03/2011    Base:    $12,960.00    Payments 1 made out of 1 due.

**Confirmation Hearing Date:**    12/7/2011  9:00:00AM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

  $3,000.00  -  $146.00  =  $2,854.00

## IV. Status of Meeting

[X] Closed    [ ] Not Held    [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

 [ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
# REPORT OF ACTION TAKEN
# MEETING OF CREDITORS

**In re:**

**ROBERT LOUIS MUSZYNSKI RODRIGUEZ**  Case No. **11-08585-ESL**

Chapter 13    Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO**

(Cont.)

## Trustee's Report on Confirmation

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State  - years |
| [ ] Insuarence quote |    [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income | |
|  April first half 2011 | |

**COMMENTS**

Note: Tax Returns shown (state 07-10)

Insufuciently funded to pay secured debts.

s/Pedro R Medina                                                                Date:    11/04/2011

Trustee/Presiding Officer                                                                   (Rev. 02/11)